THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
The State, Respondent,
v.
Theodore Mack, Appellant.
 
 
 

Appeal From Sumter County
 Howard P. King, Circuit Court Judge

Memorandum Opinion No. 2005-MO-063
Heard November 29, 2005 - Filed December 19, 2005

AFFIRMED

 
 
 
Tommy Arthur Thomas, of Irmo, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General Sabrina C. Todd, all of Columbia, and Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b)(1), SCACR and the following authority: State v. Gentry, 363 S.C. 93, 610 S.E.2d 494 (2005).
 TOAL, C.J., MOORE, BURNETT and PLEICONES, JJ., and Acting Justice William P. Keesley, concur.